United States District Court
Southern District of Texas
**ENTERED**
April 25, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Thi Thanh Ha Vu, et al. | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action H-24-4867 |
| | § | |
| | § | |
| Alejandro Mayorkis, et al. | § | |
| *Defendants*. | § | |

## <u>ORDER ON SEVERANCE AND TRANSFER</u>

Before the Court is the Defendant's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(1) and to Sever Under Rule 21. ECF No. 15. The parties consented to the jurisdiction of the undersigned magistrate judge for disposition of the motion. After considering the pleadings, the applicable law, and the arguments of the parties in briefing and on April 24, 2025, the Motion is **GRANTED** in part.

The plaintiffs' claims shall be severed as described below. The severed civil actions shall be transferred in the interests of justice and in light of the Defendants' consent to the transfer of the severed claims. *See* Fed. R. Civ. Proc. 20, 21; 28 U.S.C. § 1404(a).

IT IS HEREBY ORDERED that the claims of the remaining Plaintiffs are SEVERED these three distinct groups, each of which shall be assigned a separate civil action number.

**Group One, Plaintiffs Vu:** THI THANH HA VU, VAN HOAN VU, P.H.V., G. H.V., HOANG HAI VU;

**Group Two, Plaintiffs Le:** THI MINH THAO LE, HUU HUY LE, N.H.L., and H.N.L; and

**Group 3, Plaintiff Nguyen:** TRA SON NGUYEN.

IT IS FURTHER ORDERED that the severed actions of Group One Plaintiffs Vu and Group Two Plaintiffs Le are TRANSFERRED to the United States District Court for the Northern District of Texas, Fort Worth Division, where venue is proper, pursuant to 28 U.S.C. § 1391(e)(1)(C).

IT IS FURTHER ORDERED that the severed actions of Group Three Plaintiff Nguyen is TRANSFERRED to the United States District Court for the District of Columbia, where venue is proper, pursuant to 28 U.S.C. § 1391(e)(1)(B).

The Clerk of the Court is directed to take all necessary steps to effectuate the severance and transfer of these matters.

Signed on April 24, 2025, at Houston, Texas.

Peter Bray
United States Magistrate Judge